UNITED STATES of America,
Plaintiff–Appellee,

v.

Robert L. MACKEY, Defendant–
Appellant.

No. 02–7782.

United States Court of Appeals,
Fourth Circuit.

Submitted March 7, 2003.

Decided March 27, 2003.

Robert L. Mackey, Appellant Pro Se.

Marshall Prince, Office of the United States Attorney, Columbia, South Carolina, for Appellee.

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Robert L. Mackey seeks to appeal the district court's order denying relief on his motion filed under 28 U.S.C. § 2255 (2000). We have independently reviewed the record and conclude that Mackey has not made a substantial showing of the denial of a constitutional right. *See Miller–El v. Cockrell,* 537 U.S. 322, 123 S.Ct. 1029, 1039, 154 L.Ed.2d 931 (2003). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the